## MATHIS *v.* THE STATE.

GILBERT, J. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

> *Judgment affirmed. All the Justices concur.*
> NOVEMBER 15, 1916.

Indictment for murder. Before Judge George. Dooly superior court. August 18, 1916.

*Powell & Lumsden,* for plaintiff in error.

*Clifford Walker, attorney-general, Joseph B. Wall, solicitor-general,* and *Mark Bolding,* contra.